UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN PATRICK PARSONS,<br><br>    Defendant. | Case No. 3:22-cr-00035-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for SEAN PATRICK PARSONS and JASON M. FRIERSON, United States Attorney, and ANDOLYN R. JOHNSON, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for August 15, 2023, at 2:30 PM, be vacated and continued to August 30, 2023, at 2:30 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Defense counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Parsons is detained and consents to the continuance. Specifically, Mr. Parsons was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 7th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for SEAN PARSONS | By */s Andolyn R. Johnson*<br>ANDOLYN R. JOHNSON<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for August 15, 2023, at 2:30 PM, be vacated and continued to **August 30, 2023, at 2:30 PM.**

DATED this 8th day of August, 2023.

_____
Anne R. Traum
United States District Court Judge