# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>SEAN PATRICK PARSONS,<br><br>      Defendant. | 3:22-CR-035-ART-CSD<br><br>**Final Order of Forfeiture** |

      The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Sean Patrick Parsons to the criminal offenses, forfeiting the property set forth in the Memorandum in Support of Plea, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Sean Patrick Parsons pled guilty. Criminal Indictment, ECF No. 13; Bill of Particulars, ECF No. 34; Memorandum in Support of Plea, ECF No. 38; Change of Plea, ECF No. 40; Amended Preliminary Order of Forfeiture, ECF No. 44.

      This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

      This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 18, 2023, through June 16, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 46-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 45.

On May 26, 2023, the United States Attorney's Office served Raul B. Martinez/ Raul Martinez on N. 20th Avenue with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 45-1, p. 3, 5-11, 13-14.

On May 26, 2023, the United States Attorney's Office attempted to serve Raul Martinez on W. 20th Place with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was returned as no such number unable to forward. The certified mail was returned as illegible unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 45-1, p. 3, 5-11, 15-17.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Tanfoglio, F. LLI, S.N.C., model EA380, .380 caliber pistol bearing serial number AE16818;
2. an Ithaca Gun Co., 37, 20 caliber shotgun bearing serial number 292847; and
3. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED August 30, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE